# Regan v. Baine Printing Co.

APPEAL from Jefferson Circuit Court.

Tried before the Hon. JAMES J. BANKS.

MOUNTJOY & TOMLINSON, for appellant.

HOUGHTON & COLLIER, *contra*.

This was an action brought by the appellant against the appellee on a promissory note purporting to have been executed by the defendant. There was judgment in the trial court for defendant, which, on present appeal is affirmed.

Opinion by McCLELLAN, J.